IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELBY DEVILLE,

    Petitioner,                                      No. CIV S-08-1294 LKK CHS P

    vs.

M. KRAMER, Warden,

    Respondent.           ORDER

_____/

        Petitioner Shelby DeVille is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 16, 2010, findings and recommendations herein were entered, recommending that the petition be denied. Petitioner filed objections on July 6, 2010. Respondent has requested a 21 day extension of time in which to file a reply. Good cause appearing, the request is granted. Respondent may file a reply to petitioner's objections on or before August 3, 2010.

IT IS SO ORDERED.

DATED: July 21, 2010

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1