IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELBY DEVILLE,

    Petitioner,        No. CIV S-08-1294 LKK CHS P

    vs.

M. KRAMER, Warden,

    Respondent.        ORDER

_____/

    Petitioner's application for writ of habeas corpus was denied and judgment entered in an order of the court signed on August 31, 2010. Petitioner filed a timely notice of appeal with respect to that decision and his appeal has been processed to the United States Court of Appeals for the Ninth Circuit.

    On October 19, 2010, petitioner filed a motion to proceed on appeal in forma pauperis. Petitioner's declaration makes the showing required by 28 U.S.C. § 1915(a), accordingly the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: November 2, 2010

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1